### 14193. HARMON *v.* DAVIS, agent, etc.

BROYLES, C. J. Under the particular facts of the case the court did not err in directing a verdict in favor of the defendant.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1923.

Action for damages; from Brooks superior court — Judge W. E. Thomas. November 7, 1922.

*E. W. Maynard, John E. Morris Jr.,* for plaintiff.

*Russell Snow, S. Spencer Bennet, Bennet & Branch,* for defendant.